OPINION — AG — (1) A TRUST CREATED UNDER 60 O.S. 1961, 176-180 [60-176] — [60-180] FOR THE PURPOSE OF " CONSTRUCTING, MAINTAINING AND OPERATING SEWAGE COLLECTION AND/OR TREATMENT WORKS " IS AN AGENCY BENEFICIARY OF THE TRUST, AND (2) SUCH A TRUST CAN BE CREATED WITH MORE THAN ONE BENEFICIARY. (FEDERAL WATER POLLUTION CONTROL ACT) CITE: 60 O.S. 1961 177 [60-177], 60 O.S. 1961 179 [60-179] (J. H. JOHNSON)